RONALD K. LOSCH (Bar No. 98170)
BRADLEY M. ROSE (Bar No. 126281)
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:   (415) 433-6555
Facsimile:   (415) 433-6577
Email:   rlosch@kayerose.com
         brose@kayerose.com

GEORGE M. CHALOS (GC-8693)
*Pro hac vice application forthcoming*
CHALOS & CO., P.C.
123 South St.
Oyster Bay, NY 11771
Telephone:   (516) 714-4300
Facsimile:   (516) 750-9051
Email:   gmc@chaloslaw.com

Attorneys for Plaintiff KPI Bridge Oil
Singapore PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KPI BRIDGE OIL SINGAPORE PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> BERLIAN LAJU TANKER TBK PT, and MARINA PARTAWATI SHIPPING PTE LTD, *in personam*, <br><br> Defendants. | Case No. CV 12 0710 WHA <br><br> **ADMIRALTY** <br> **Fed. R. Civ. Pro. 9(h)** <br><br> (~~Proposed~~) **ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND GARNISHMENT** |

Upon reviewing the Verified Complaint and being satisfied that the premises for the attachment of the M/T PARTAWATI, as more particularly described in the Verified Complaint pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure have been met in this case; and this Court having determined that the conditions for a Writ of Maritime Attachment and Garnishment appear to exist;

//

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of
2  Court is authorized to issue a Writ of Attachment and Garnishment of the M/T PARTAWATI;
3  IT IS FURTHER ORDERED that the Clerk of the Court shall issue further, supplementary
4  writs of maritime attachment and garnishment, on request of the Plaintiff and without further Order
5  of the Court;
6  IT IS FURTHER ORDERED that the United States Marshal is authorized to allow normal
7  cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the
8  U.S. Marshal's requirements), always remaining within this judicial district, but at the risk and
9  expense of the vessel's interests.
10  IT IS FUTHER ORDERED that a copy of this Order be attached to and served with said Writ
11  of Attachment and Garnishment;
12  IT IS FURTHER ORDERED that the U.S. Marshal is released and held harmless for any and
13  all costs, fees, liabilities, or other expenses in any way arising out of the attachment of the M/T
14  PARTAWATI; and
15  IT IS FURTHER ORDERED that charges and expenses incurred by National and the U.S.
16  Marshal shall be deemed in custodia legis, and will be paid from the proceeds of sale from the vessel
17  unless otherwise agreed. If a written objection is timely filed, payment of the disputed charges only
18  shall be made after the objection is resolved by agreement of the parties or by Court Order. Payment
19  of the undisputed charges shall not be affected.
20  IT IS FURTHER ORDERED that the Vessel may be released from attachment without
21  further order of this court, if the Marshal receives written authorization from the attorney who
22  requested the attachment and that such attorney advises that he has conferred with all counsel
23  representing all of the parties to the litigation and they consent to the release, if the attorney files the
24  consent, and the Court has not entered an Order to the contrary; and Plaintiff shall hold harmless and
25  indemnify the United States of America, the United States Marshal, their agents, servants,
26  employees, from any and all claims arising from the attachment and release of the vessel as is herein
27  specifically provided.
28  //

1     Witness, the Honorable _William Alsup_, Judge of the United States District
2 Court for the Northern District of California this _15_ day of _Feb._ 2012.

                                          United States District Clerk for the
                                          Northern District of California

                                      By: _/s/_
                                          WILLIAM ALSUP

(Proposed) Order for Issuance of Writ of Attachment and Garnishment
Case No. Case No. CV 12 0715 MEJ