E-filing

1  RONALD K. LOSCH (Bar No. 98170)
   BRADLEY M. ROSE (Bar No. 126281)
2  KAYE, ROSE & PARTNERS, LLP
   425 California Street, Suite 2025
3  San Francisco, CA 94104
   Telephone:    (415) 433-6555
4  Facsimile:    (415) 433-6577
   Email:        rlosch@kayerose.com
5                brose@kayerose.com

6  GEORGE M. CHALOS (GC-8693)
   *Pro hac vice application forthcoming*
7  CHALOS & CO., P.C.
   123 South St.
8  Oyster Bay, NY 11771
   Telephone:    (516) 714-4300
9  Facsimile:    (516) 750-9051
   Email:        gmc@chaloslaw.com
10
   Attorneys for Plaintiff KPI Bridge Oil
11 Singapore PTE LTD.

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15 | KPI BRIDGE OIL SINGAPORE PTE LTD., | Case No. CV-12-0710-MEJ
16 |         Plaintiff,                 | **ADMIRALTY**
   |                                     | **Fed. R. Civ. Pro. 9(h)**
17 |     v.                             |
   |                                     | (~~Proposed~~) **ORDER FOR**
18 | BERLIAN LAJU TANKER TBK PT, and    | **APPOINTMENT OF SUBSTITUTE**
   | MARINA PARTAWATI SHIPPING PTE LTD, *in* | **CUSTODIAN**
19 | *personam*,                         |
20 |         Defendants.                 |

24       Upon the Motion of Plaintiff, KPI BRIDGE OIL SINGAPORE PTE LTD. (hereinafter "KPI"
25 or "Plaintiff"), for the Appointment of a Substitute Custodian for the M/T PARTAWATI in lieu of the
26 United States Marshal in this case, and good cause appearing therefore, it is hereby:
27       **ORDERED** that the Plaintiff's Motion is granted, and the United States Marshal shall transfer
28 custody of the M/T PARTWATI, immediately following her attachment, to the custody of the substitute

1

custodian, NATIONAL MARITIME SERVICES (hereinafter "National"), by and through its authorized representatives, of 1915 SW 21st Avenue, Fort Lauderdale, Florida 33312; and it is further

**ORDERED** that upon transfer of the M/T PARTWATI to the substitute custodian, the aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/T PARTWATI during *custodia legis* on behalf of this Court, in place and instead of the United States Marshal, until further order of this Court; and it is further

**ORDERED** that upon transfer of the M/T PARTWATI to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains in the custody of the substitute custodian; and it is further

**ORDERED** that after the M/T PARTWATI is attached, the substitute custodian shall cause and be responsible to have the M/T PARTWATI remain at an appropriate berth and/or anchorage within the Northern District of California.

**ORDERED** that during *custodia legis*, the substitute custodian, National, will not permit the vessel to be moved, nor repairs or changes to be made to the vessel, without an Order of this Court, except in emergency situations, normal operations, or for routine maintenance or short moves within the boundaries of the Northern District of California that are required for the vessel's safekeeping.

DATED at \_\_\_San Francisco\_\_\_, California on this \_15\_ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

**(Proposed) Order for Appointment of Substitute Custodian**
Case No. CV-12-0710-MEJ