E-filing

| | |
|---|---|
| 1 | RONALD K. LOSCH (Bar No. 98170) |
| | BRADLEY M. ROSE (Bar No. 126281) |
| 2 | KAYE, ROSE & PARTNERS, LLP |
| | 425 California Street, Suite 2025 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 433-6555 |
| 4 | Facsimile: (415) 433-6577 |
| | Email: rlosch@kayerose.com |
| 5 | brose@kayerose.com |
| 6 | GEORGE M. CHALOS (GC-8693) |
| | *Pro hac vice application forthcoming* |
| 7 | CHALOS & CO., P.C. |
| | 123 South St. |
| 8 | Oyster Bay, NY 11771 |
| | Telephone: (516) 714-4300 |
| 9 | Facsimile: (516) 750-9051 |
| | Email: gmc@chaloslaw.com |
| 10 | |
| | Attorneys for Plaintiff KPI Bridge Oil |
| 11 | Singapore PTE LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KPI BRIDGE OIL SINGAPORE PTE LTD., | Case No. CV-12-0710-MEJ |
| Plaintiff, | **ADMIRALTY** |
| | **Fed. R. Civ. Pro. 9(h)** |
| v. | |
| BERLIAN LAJU TANKER TBK PT, and | (~~Proposed~~) **ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |
| MARINA PARTAWATI SHIPPING PTE LTD, *in personam*, | |
| Defendants. | |

Upon the Motion of Plaintiff, KPI BRIDGE OIL SINGAPORE PTE LTD. (hereinafter "KPI" or "Plaintiff"), for the Appointment of a Substitute Custodian for the M/T PARTAWATI in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

**ORDERED** that the Plaintiff's Motion is granted, and the United States Marshal shall transfer custody of the M/T PARTWATI, immediately following her attachment, to the custody of the substitute



1  custodian, NATIONAL MARITIME SERVICES (hereinafter "National"), by and through its authorized
2  representatives, of 1915 SW 21st Avenue, Fort Lauderdale, Florida 33312; and it is further

3      **ORDERED** that upon transfer of the M/T PARTWATI to the substitute custodian, the aforesaid
4  substitute custodian shall be appointed to act as substitute custodian of the M/T PARTWATI during
5  *custodia legis* on behalf of this Court, in place and instead of the United States Marshal, until further
6  order of this Court; and it is further

7      **ORDERED** that upon transfer of the M/T PARTWATI to the substitute custodian by the United
8  States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains
9  in the custody of the substitute custodian; and it is further

10      **ORDERED** that after the M/T PARTWATI is attached, the substitute custodian shall cause and
11  be responsible to have the M/T PARTWATI remain at an appropriate berth and/or anchorage within the
12  Northern District of California.

13      **ORDERED** that during *custodia legis*, the substitute custodian, National, will not permit the
14  vessel to be moved, nor repairs or changes to be made to the vessel, without an Order of this Court,
15  except in emergency situations, normal operations, or for routine maintenance or short moves within the
16  boundaries of the Northern District of California that are required for the vessel's safekeeping.

18  DATED at ___San Francisco___, California on this _15_ day of February, 2012.

                      _____
                      UNITED STATES DISTRICT JUDGE

**(Proposed) Order for Appointment of Substitute Custodian**
Case No. CV-12-0710-MEJ