RONALD K. LOSCH (Bar No. 98170)
BRADLEY M. ROSE (Bar No. 126281)
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-6555
Facsimile: (415) 433-6577
Email: rlosch@kayerose.com
brose@kayerose.com

GEORGE M. CHALOS (GC-8693)
*Pro hac vice application forthcoming*
CHALOS & CO., P.C.
123 South St.
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
Email: gmc@chaloslaw.com

Attorneys for Plaintiff KPI Bridge Oil
Singapore PTE LTD.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KPI BRIDGE OIL SINGAPORE PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> BERLIAN LAJU TANKER TBK PT, and MARINA PARTAWATI SHIPPING PTE LTD, *in personam*, <br><br> Defendants. | Case No. Case No. CV 12 0715 MEJ   710 WHA <br><br> ADMIRALTY <br> Fed. R. Civ. Pro. 9(h) <br><br> (Proposed Order) PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

TO: THE UNITED STATES MARSHAL

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREETINGS:

    **WHEREAS**, a Complaint has been filed in the United States District Court for the Northern District of California, on the 13th day of February, 2012, by Plaintiff, KPI BRIDGE OIL SINGAPORE PTE LTD., against Defendants, BERLIAN LAJU TANKER TBK PT, and MARINA

1

PARTAWATI SHIPPING PTE. LTD., in an amount of USD 2,231,958.28, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, to wit, the M/T PARTAWATI and goods, assets, freight monies, or other chattels of said Defendants located within the District pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

NOW THEREFORE, we do hereby empower and strictly charge and command you the said Marshal, to attach the M/T PARTAWATI and any goods, assets, or other chattels of said Defendants located within the District and to detain the same in your custody until further order of the Court; and further to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned, transferred, recovered an/or sold, that they must file their claims with the Clerk of the Court within ten (10) days after execution of this process or within such additional time as may be allowed by the court and must serve their answers within twenty (20) days after the filing of their claims with the said District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.

You are hereby directed to serve a copy of the Complaint and this Writ of Attachment on the person in possession of the bunkers, goods, assets, freight monies or other chattels of said Defendants located onboard the M/T PARTAWATI or his agent, and promptly return your writ.

Witness, the Honorable ___William Alsup___, Judge of the United States District Court for the Northern District of California, this 15 day of February 2012.

So Issued this 15 day of February 2012.

**United States District Clerk for the**
**Northern District of California**

By:_____
Deputy Clerk