1  RONALD K. LOSCH (Bar No. 98170)
   BRADLEY M. ROSE (Bar No. 126281)
2  KAYE, ROSE & PARTNERS, LLP
   425 California Street, Suite 2025
3  San Francisco, CA 94104
   Telephone:    (415) 433-6555
4  Facsimile:    (415) 433-6577
   Email:        rlosch@kayerose.com
5                brose@kayerose.com

6  GEORGE M. CHALOS (GC-8693)
   *Pro hac vice application forthcoming*
7  CHALOS & CO., P.C.
   123 South St.
8  Oyster Bay, NY 11771
   Telephone:    (516) 714-4300
9  Facsimile:    (516) 750-9051
   Email:        gmc@chaloslaw.com
10
   Attorneys for Plaintiff KPI Bridge Oil
11 Singapore PTE LTD.

E-filing

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 | KPI BRIDGE OIL SINGAPORE PTE LTD.,        | **Case No. Case No. CV 12 0715 MEJ** 710 WHA

16 |           Plaintiff,                       | **ADMIRALTY**
   |                                            | **Fed. R. Civ. Pro. 9(h)**
17 |           v.                               |

18 | BERLIAN LAJU TANKER TBK PT, and            | (Proposed Order) **PROCESS OF**
   | MARINA PARTAWATI SHIPPING PTE LTD, *in*    | **MARITIME ATTACHMENT AND**
19 | *personam*,                                | **GARNISHMENT**

20 |           Defendants.                      |

21

22

23 TO: THE UNITED STATES MARSHAL

24 FOR THE NORTHERN DISTRICT OF CALIFORNIA

25 GREETINGS:

26     **WHEREAS**, a Complaint has been filed in the United States District Court for the Northern

27 District of California, on the 13th day of February, 2012, by Plaintiff, KPI BRIDGE OIL

28 SINGAPORE PTE LTD., against Defendants, BERLIAN LAJU TANKER TBK PT, and MARINA

1

1  PARTAWATI SHIPPING PTE. LTD., in an amount of USD 2,231,958.28, together with interest,

2  costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible

3  personal property, to wit, the M/T PARTAWATI and goods, assets, freight monies, or other chattels

4  of said Defendants located within the District pursuant to Rule B of the Supplemental Rules of

5  Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

6       NOW THEREFORE, we do hereby empower and strictly charge and command you the said

7  Marshal, to attach the M/T PARTAWATI and any goods, assets, or other chattels of said Defendants

8  located within the District and to detain the same in your custody until further order of the Court; and

9  further to give due notice to all persons claiming the same, or knowing or having anything to say

10  why the same should not be condemned, transferred, recovered an/or sold, that they must file their

11  claims with the Clerk of the Court within ten (10) days after execution of this process or within such

12  additional time as may be allowed by the court and must serve their answers within twenty (20) days

13  after the filing of their claims with the said District Court for the Northern District of California, 450

14  Golden Gate Avenue, San Francisco, CA 94102-3489.

15

16       You are hereby directed to serve a copy of the Complaint and this Writ of Attachment on the

17  person in possession of the bunkers, goods, assets, freight monies or other chattels of said

18  Defendants located onboard the M/T PARTAWATI or his agent, and promptly return your writ.

19       Witness, the Honorable _____William Alsup_____, Judge of the United States District

20  Court for the Northern District of California, this _15_ day of February 2012.

21

22       So Issued this _15_ day of February 2012.

23               **United States District Clerk for the**

24               **Northern District of California**

25

26               By:_____

27                   Deputy Clerk

28

**(Proposed Order) Process of Maritime Attachment and Garnishment**
**Case No. Case No. CV 12 0715 MEJ**