PAMELA L. SCHULTZ (State Bar No. 269032)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: pls@severson.com

Attorneys for Defendant
BERLIAN LAJU TANKER TBK PT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KPI BRIDGE OIL SINGAPORE PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BERLIAN LAJU TANKER TBK PT, and MARINA PARTAWATI SHIPPING PTE LTD., *in personam*, <br><br> Defendants. | Case No.: CV12-0710 (WHA) <br><br> ADMIRALTY <br> Fed. R. Civ. Proc. 9(h) <br><br> **STIPULATION AND ORDER RE DEPOSIT OF FUNDS INTO REGISTRY** <br><br> Complaint Date: February 13, 2012 |

**STIPULATION AND ORDER FOR DEPOSIT OF FUNDS INTO REGISTRY**

WHEREAS, Defendant Berlian Laju Tanker TBK PT ("BLT") (appearing only through a Restricted Appearance pursuant to Supplemental Rule for Admiralty and Maritime Claims E(8)) is a named defendant in this action which was filed on February 13, 2012 by Plaintiff KPI Bridge Oil Singapore Pte Ltd. ("KPI") wherein Plaintiff filed a Verified Complaint and requested issuance of a Writ of Maritime Attachment and Garnishment of the M/T PARTAWATI within this district; and

WHEREAS, Defendant Marina Partawati Shipping Pte Ltd. was alleged to be an alter ego of Defendant BLT and is the registered owner of the M/T PARTAWATI; and

1   WHEREAS Plaintiff requested an Order for the Issuance of a Process of Maritime Attachment and Garnishment of the M/T PARTAWATI, the issuance of which was ordered by this Court on February 15, 2012; and

WHEREAS a Process of Maritime Attachment and Garnishment was issued by the Clerk of Court and the United States Marshal attached the M/T PARTAWATI on or about February 15, 2012; and

WHEREAS in consideration of the release of the M/T PARTWATI from attachment immediately, Defendant BLT shall post the sum of TWO MILLION FIVE HUNDRED AND EIGHTEEN THOUSAND NINE HUNDRED AND NINETEEN DOLLARS AND SIXTEEN CENTS ($2,518,919.16) with the Clerk of the Court to serve as security in place and stead of the M/T PARTAWATI for the claims alleged by Plaintiff while the Process of Maritime Attachment remains in force and it is agreed and understood that Defendants have expressly reserved all rights, including but not limited to rights to seek to vacate the Process of Maritime Attachment and Garnishment, and to contest all allegations of alter ego status and any other defenses available; and

WHEREAS Plaintiff agrees that the posting of security obviates the need for the M/T PARTAWATI or any other alleged assets of Defendants to be attached within this District; and

WHEREAS the parties agree that Defendant BLT will pay the sum of TWO MILLION FIVE HUNDRED AND EIGHTEEN THOUSAND NINE HUNDRED AND NINETEEN DOLLARS AND SIXTEEN CENTS ($2,518,919.16) into the Registry of the Court by a check made payable to U.S. District Court; and

WHEREAS the aforementioned sum is deposited in the registry of the Court for purposes of the captioned action only and the attachment of the M/T PARTAWATI and is not to be subject to any further attachments or garnishment by any other party; and

WHEREAS upon presentation of this signed Stipulation to the Court Plaintiff agrees to immediately advise the U.S. Marshal in writing that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release and shall instruct the substitute custodian that the vessel is no longer subject to attachment and the M/T PARTAWATI shall be released from attachment without further order of this Court and may leave the district.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 16, 2012

*Bradley Rose with permission pls*

Kaye, Rose & Partners
Attorneys for Plaintiff
KPI Bridge Oil Singapore Pte Ltd.
Bradley M. Rose

DATED: February 16, 2012

*Pamela Schultz*

Severson & Werson
Attorneys for Defendant
BERLIAN LAJU TANKER TBK PT
Pamela L. Schultz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/16, 2012

Judge William H. Alsup