IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KPI BRIDGE OIL SINGAPORE PTE LTD.,

    Plaintiff,

  v.

BERLIAN LAJU TANKER TBK PT, and MARINA PARTA WATI SHIPPING PTE LTD.,

    Defendants.

No. C 12-00710 WHA

**ORDER RE LETTER RE SETTLEMENT**

The Court acknowledges and thanks counsel for advising it of a "settlement in principle" and **CONTINUES** the case management conference for two weeks, **JUNE 7, 2012, AT 3:00 P.M.**, believing that an additional two weeks will be plenty of time to document the settlement and file a dismissal, and "settlements in principle" have a way of cratering when not timely documented.

**IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE