IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KPI BRIDGE OIL SINGAPORE PTE LTD,<br><br>          Plaintiff,<br><br>   v.<br><br>BERLIAN LAJU TANKER TBK PT, and MARINA PARTA WATI SHIPPING PTE LTD.,<br><br>          Defendants.<br>                                                              / | No. C 12-00710 WHA<br><br>**ORDER RE DISTRIBUTION OF FUNDS** |

Pursuant to the stipulation of dismissal and order in this action, the parties have requested that the funds held by the Clerk as security be released (Dkt. No. 71). The Finance Department is directed to issue a check in the amount of $1,259,459.58, payable to Chembulk Management LLC (on behalf of Berlian Laju Tanker TBK Pt.), in accordance with the letter filed at docket number 73, and to issue a check in the amount of $1,259,459.58, payable to Chalos & Co, P.C. (on behalf of KPI), in accordance with the letter filed at docket number 74.

**IT IS SO ORDERED.**

Dated: June 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE